**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

February 13, 2023

Andrew S. Pak
APak@perkinscoie.com
D. +1.212.261.6865

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

**MEMO ENDORSED**

Re:  McCall v. Amazon.com Services LLC
     Civil Action No.: 1:23-cv-00901-KPF

Dear Judge Failla:

We represent Defendant Amazon.com Services LLC ("Amazon") in the above-captioned matter. We write, with Plaintiff's consent, to request a 30-day extension of the deadline by which Amazon may respond to the complaint in this matter. Amazon's response is presently due on February 27, 2023. The new deadline would on March 29, 2023. This is the first request for an extension of this deadline and granting this request will not affect any other scheduled dates. Counsel seeks this extension because it was only recently retained and requires time to investigate the allegations, claims, and defenses.

We thank the Court for its time and consideration in this matter.

Very truly yours,

*/s/ Andrew S. Pak*
Andrew S. Pak

cc:  All Counsel of Record (via ECF)

Perkins Coie LLP

---

```
Application GRANTED.  Defendant shall answer or otherwise respond to the
complaint on or before March 29, 2023.  The Clerk of Court is directed to
terminate the motion at docket entry 8.
```

```
                                    SO ORDERED.

Dated:    February 13, 2023
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE