**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

March 21, 2023

Andrew Sun Pak
APak@perkinscoie.com
D. +1.212.261.6865
F. +1.212.977.1649

**VIA ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



**MEMO ENDORSED**

Re: **McCall v. Amazon.com Services LLC Civil Action No.: 1:23-cv-00901-KPF**

Dear Judge Failla,

Defendant Amazon.com Services LLC ("Amazon") through counsel, respectfully requests that the Court grant an extension of time until Friday, April 28, 2023, for Amazon to file its response to Plaintiff Richard McCall's ("Plaintiff") Complaint. Counsel for Amazon has conferred with Plaintiff's counsel, who does not oppose the requested relief.

Plaintiff filed a putative class action complaint ("Complaint") in the United States District Court Southern District of New York on February 2, 2023. *See* Dkt. 1. Amazon was served with the Complaint on February 6, 2023, and the initial deadline for Amazon to respond to the Complaint was February 27, 2023. On February 13, 2023, the Court granted Amazon's unopposed request for a 30-day extension of the deadline by which Amazon must respond until March 29, 2023. *See* Dkt. 9.

Amazon is investigating the allegations in the complaint, and the parties are discussing the claims and defenses in light of the parties' initial investigations. The parties require additional time to advance those discussions. This request is not made for the purpose of delay or for any other improper purpose. Amazon respectfully requests that the Court enter an order extending the deadline for Amazon to file its response to Plaintiff's Complaint by 30 days through Friday, April 28, 2023.

We thank the Court for its time and consideration in this matter.

Perkins Coie LLP
161522782.1

March 21, 2023
Page 2

Very truly yours,

*/s/ Andrew Sun Pak*
Andrew Sun Pak

Cc: All Counsel of Record (Via ECF)

```
Application GRANTED.  Defendant shall answer or otherwise respond
to the Complaint on or before April 28, 2023.  This is the second
extension of this deadline; no further extensions will be
granted.

Additionally, the initial pretrial conference currently scheduled
for April 21, 2023, is hereby ADJOURNED to 12:00 p.m. on May 3,
2023.

The Clerk of Court is directed to terminate the motion at docket
entry 17.


                                     SO ORDERED.

Dated:    March 21, 2023
          New York New York



                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE
```