# MEMO ENDORSED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD MCCALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No.: 1:23-cv-00901-KPF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Richard McCall hereby dismisses without prejudice all claims against Defendant Amazon.com Services LLC.

Dated: April 21, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: _/s/ Matthew A. Girardi_
        Matthew A. Girardi

Philip L. Fraietta
Matthew A. Girardi
Julian C. Diamond
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: pfraietta@bursor.com
            mgirardi@bursor.com
            jdiamond@bursor.com

*Attorneys for Plaintiff*

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:      April 24, 2023
            New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE